# United States District Court
## Southern District of Georgia

TERENCE BENNETT a/k/a Terence James Bennett

### JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:18-CV-297

LOANCARE, LLC,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on August 20, 2019, the Defendant's Motion to Dismiss is GRANTED. As a result, Plaintiff's complaint is DISMISSED WITH PREJUDICE. This case stands CLOSED



08/20/2019
*Date*

Scott L. Poff
*Clerk*

*(By) Deputy Clerk*